UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA YATES, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>− against –<br><br>CALIFORNIA NATURAL LIVING, INC.,<br><br>*Defendant.* | CASE NO.:  1:18-cv-01415-GLS-TWD<br><br>ATTORNEY'S DECLARATION IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(2), and/or 12(b)(6) |

**WILLIAM A. HURST**, hereby declares:

1. I am of Counsel to the firm of Greenberg Traurig, LLP, attorneys representing r Defendant California Natural Living, Inc. ("CNL"), in the above-captioned proposed class action. I make this declaration in support of CNL's motion to dismiss the Class Action Complaint of Plaintiff Rebecca Yates.

2. Attached hereto as **Exhibit A** is a true and correct copy of the labels for the two sizes of California Baby Natural Bug Blend Bug Repellent Spray referred to and incorporated by reference at Paragraph 2 of the Class Action Complaint.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Consumer Reports summary of Insect Repellent Ratings referred to and incorporate by reference at Page 4, n. 3 of the Class Action Complaint, and accessible at https://www.consumerreports.org/content/dam/cro/news_articles/health/Consumer-Reports-Insect-Repellent-Ratings-February-2016.pdf (last visited on January 24, 2019).

The undersigned declares under the penalty of perjury that the foregoing is true and correct.

DATED:   January 25, 2019
         Albany, New York

                                        */s/ William A. Hurst*
                                        WILLIAM A. HURST

*ALB 2177180v1*