EXHIBIT A

CALIFORNIA BABY®
TRUSTED SINCE 1995
natural bug blend™
BUG REPELLENT
DEET FREE • CITRONELLA • LEMONGRASS • CEDAR
SEE BACK PANEL FOR DIRECTIONS & WARNINGS
CAUTION: KEEP OUT OF REACH OF CHILDREN
ALLERGY & DERMATOLOGIST TESTED
© 2018
192 mL/6.5 fl. oz.
REPELS MOSQUITOS, FLEAS, TICKS & BITING FLIES
USE DAY OR NIGHT
PERFECT FOR THE WHOLE FAMILY
NO GLUTEN, OAT, SOY, DAIRY, NUTS (EXCEPT COCONUT)
Use freely and often from head-to-toe to keep pesky bugs at bay. A natural alternative to toxic, DEET-based bug repellents, our gentle, botanically-based bug blend harnesses the power of exceptionally pure citronella and lemongrass essential oils that have been used to repel bugs for centuries.
REPELLENCY IS BASED ON SCENT-APPLY GENEROUSLY AND OFTEN.
Directions: Shake and spray. If separation occurs, shake to mix.
Warnings: External use only. May irritate the eyes. Do not drink or spray into eyes. Do not apply to hands. Prolonged or frequently repeated skin contact may cause allergic reactions in some individuals. Patch test clothing before applying. Use on children under six months only with the advice of a physician. If any adverse reactions, discontinue use and contact physician immediately. Adult supervision during application to children.
First Aid: If in eyes, hold eye open and rinse slowly for 15-20mins. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eyes.
6% Natural Bug Blend Active Ingredients (INCI[2]): Pure essential oils of cymbopogon nardus (citronella) 5%, cymbopogon schoenanthus (lemongrass oil) .5%, cedrus atlantica (cedarwood oil) .5%. 94% Other Ingredients (INCI[2]): Water, lecithins,[1] quillaja saponaria extract (soapbark), glycerin[1] USP[3] KEY: bold = certified organic [1] sourced from safflower oil or coconut [2] International Nomenclature of Cosmetic Ingredients [3] United States Pharmacopeia
CA Reg. No. 1051183-30002-AA
BLENDED, MANUFACTURED & PACKAGED IN OUR FDA REGISTERED & CERTIFIED ORGANIC U.S.A. FACILITY
CALIFORNIA NATURAL LIVING, INC.
© 2018 Ralph, Paco & Roberto, Inc.
5933 Bowcroft St. Los Angeles, CA 90016
(310) 815-8201 • www.californiababy.com
HDPE
UPC/FPO
7 92692 70227 0

CALIFORNIA BABY®
TRUSTED SINCE 1995
natural bug blend™
BUG REPELLENT
DEET FREE • CITRONELLA • LEMONGRASS • CEDAR
SEE BACK PANEL FOR DIRECTIONS AND WARNINGS
CAUTION: KEEP OUT OF REACH OF CHILDREN
ALLERGY & DERMATOLOGIST TESTED
© 2018
59 mL/2 fl. oz.
REPELS MOSQUITOS, FLEAS, TICKS & BITING FLIES
NO GLUTEN, OAT, SOY, DAIRY, NUTS (EXCEPT COCONUT)
Use freely and often from head-to-toe to keep pesky bugs at bay. A natural alternative to toxic, DEET-based bug repellents, our gentle, botanically-based bug blend harnesses the power of exceptionally pure citronella and lemongrass essential oils that have been used to repel bugs for centuries.
REPELLENCY IS BASED ON SCENT-APPLY GENEROUSLY AND OFTEN.
Directions: Shake and spray. If separation occurs, shake to mix. Use day or night. Warnings: External use only. May irritate the eyes. Do not drink or spray into eyes. Do not apply to hands. Prolonged or frequently repeated skin contact may cause allergic reactions in some individuals. Patch test clothing before applying. Use on children under six months only with the advice of a physician. If any adverse reactions, discontinue use and contact physician immediately. Adult supervision during application to children. First Aid: If in eyes, hold eye open and rinse slowly for 15-20mins. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eyes.
6% Natural Bug Blend Active Ingredients (INCI[2]): Pure essential oils of cymbopogon nardus (citronella) 5%, cymbopogon schoenanthus (lemongrass oil) .5%, cedrus atlantica (cedarwood oil) .5%. 94% Other Ingredients (INCI[2]): Water, lecithins,[1] quillaja saponaria extract (soapbark), glycerin[1] USP[3] KEY: bold = certified organic
[1] sourced from safflower oil or coconut
[2] International Nomenclature of Cosmetic Ingredients
[3] United States Pharmacopeia
CA Reg. No. 1051183-30002-AA
BLENDED, MANUFACTURED & PACKAGED IN OUR FDA REGISTERED & CERTIFIED ORGANIC U.S.A. FACILITY
CALIFORNIA NATURAL LIVING, INC.
© 2018 Ralph, Paco & Roberto, Inc.
5933 Bowcroft St. Los Angeles, CA 90016
(310) 815-8201 • www.californiababy.com
HDPE
UPC/FPO
7 92692 70227 9



