EXHIBIT B

# ConsumerReports INSECT REPELLENT RATINGS

☑ Recommended

●Excellent ◉Very Good ○Good ◐Fair ●Poor

| | Brand | Price | Active ingredients | Overall score | Effectiveness Aedes Mosquitoes (hrs.) | Effectiveness Culex Mosquitoes (hrs.) | Effectiveness Deer Ticks (hrs.) | Type | Cost per oz. ($) | Resists damage to materials |
|---|---|---|---|---|---|---|---|---|---|---|
| ☑ | **Sawyer** Fisherman's Formula Picaridin | $8.25 | Picaridin 20% | 96 | 8.0 | 8.0 | 8.5 | Pump spray | 2.06 | ○ |
| ☑ | **Repel** Lemon Eucalyptus | $7.00 | Oil of lemon eucalyptus 30% [Approximately 65% p-menthane-3,8-diol] | 87 | 7.0 | 8.0 | 7.3 | Pump spray | 1.75 | ◉ |
| ☑ | **Repel** Scented Family | $7.50 | Deet 15% | 82 | 5.0 | 8.0 | 8.5 | Aerosol spray | 1.15 | ○ |
| ☑ | **Natrapel** 8 Hour | $8.00 | Picaridin 20% | 81 | 7.8 | 8.0 | 6.0 | Aerosol spray | 1.33 | ○ |
| ☑ | **Off!** Deepwoods VIII | $7.00 | Deet 25% | 74 | 8.0 | 8.0 | 4.9 | Aerosol spray | 1.75 | ○ |
| | **Coleman** SkinSmart | $8.00 | 3-[N-butyl-acetyl]-amino propionic acid ethyl ester IR3535 20% | 69 | 3.1 | 6.0 | 8.2 | Aerosol spray | 1.33 | ○ |
| | **Cutter** Skinsations | $4.50 | Deet 7% | 33 | 1.3 | 2.9 | 6.0 | Pump spray | 0.75 | ○ |
| | **Cutter** Natural | $5.50 | Geraniol 5%, soybean oil 2%, sodium lauryl sulfate 0.4%, potassium sorbate 0.1%. | 29 | 0.9 | 0.6 | 7.9 | Pump spray | 0.92 | ◉ |
| | **Burt's Bees** Herbal | $8.00 | Castor oil 10%, rosemary oil 3.77%, lemon-grass oil 2.83%, cedar oil 0.94%, peppermint oil 0.76%, citronella oil 0.57%, clove oil 0.38%, geranium oil 0.19% | 28 | 1.0 | 1.3 | 6.2 | Pump spray | 2.00 | ◉ |
| | **babyganics** Natural | $9.00 | Soybean oil 95.89%, citronella oil 2%, rosemary oil 1.50%, lemongrass oil 0.50%, peppermint oil 0.10%, geranium oil 0.01% | 25 | 0.5 | 1.0 | 6.4 | Pump spray | 1.50 | ◉ |
| | **Bull Frog** Mosquito Coast | $8.00 | 3-[N-butyl-N-acetyl]-amino propionic acid ethyl ester IR3535 20% | 25 | 0.8 | 3.5 | 4.7 | Aerosol spray | 1.33 | ○ |
| | **All Terrain** kids Herbal Armor | $9.00 | Oil of soybean 11.5%, oil of citronella 10%, oil of peppermint 2%, oil of cedar 1.50%, oil of lemongrass 1%, oil of geranium 0.05%. | 23 | 0.6 | 1.1 | 6.6 | Pump spray | 2.25 | ○ |
| | **California Baby** Natural Bug Blend | $15.50 | Pure essential oils of cymbopogon nardus (citronella) 5%, cymbopogon schoenanthus (lemongrass) 0.5%, cedrus atlantica (cedar) 0.5%. | 22 | 0.5 | 0.5 | 6.7 | Pump spray | 2.38 | ◉ |
| | **Off!** FamilyCare II Clean Feel | $6.00 | Picaridin 5% | 18 | 0.5 | 0.9 | 5.2 | Pump spray | 1.00 | ◉ |
| | **EcoSmart** Organic* | $7.00 | Geraniol 1%, rosemary oil 0.5%, cinnamon oil 0.5%, lemongrass oil 0.5%, | 7 | 0.5 | 0.5 | 1.3 | Pump spray | 1.17 | ◉ |

*Does not contain certified organic ingredients.

GUIDE TO THE RATINGS: **Price:** An approximate retail price. **Overall score:** Based on mosquito and tick repelling effectiveness. The displayed score is out of a total of 100 points. **Active ingredients:** The active ingredients listed on the product's label. Effectiveness Aedes Mosquitoes (hrs.): The number of hours that the product lasted before Aedes mosquitoes began to bite. **Effectiveness Culex Mosquitoes (hrs.):** The number of hours that the product lasted before Culex mosquitoes began to bite. **Effectiveness deer ticks (hrs.):** The number of hours that the product lasted before deer tick nymphs crossed onto a treated forearm. **Type:** Either pump or aerosol spray. **Cost per oz. ($):** Approximate retail price divided by product contents in ounces. **Resists damage to materials:** We test repellents on a few common materials. Those scoring higher are less likely to cause damage. If you are concerned about damage, test first on an inconspicuous spot.

© 2016 Consumer Reports. All rights reserved