UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA YATES, individually and on behalf of all others similarly situated,<br><br>                *Plaintiff*,<br><br>− against −<br><br>CALIFORNIA NATURAL LIVING, INC.,<br><br>                *Defendant*. | CASE NO.: 1:18-cv-01415-GLS-TWD |

## NOTICE OF FIRM NAME CHANGE

TO THE COURT, ALL PARTIES HEREIN AND COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that DIESCH FORREST, APC, attorneys of record for Defendant California Natural Living, Inc. has changed its name, effective April 2, 2019 to DIESCH LAW GROUP, APC.  The new email addresses for counsel are angela@dieschlawgroup.com and stephen@dieschlawgroup.com.  The mailing address, telephone and facsimile numbers remain the same.

| | |
|---|---|
| April 8, 2019 | DIESCH LAW GROUP, APC<br><br>*/s/ Stephen E. Paffrath*<br>Stephen E. Paffrath<br>Angela L Diesch<br>2207 Plaza Drive, Suite 300<br>Rocklin, California 95765<br><br>GREENBERG TRAURIG, LLP<br>William A. Hurst<br>54 State Street, 6th Floor<br>Albany, New York 12207<br><br>*Counsel for Defendant*<br>*California Natural Living, Inc.* |